**Ricardo Antonio De Los SANTOS–MORA, Petitioner–Appellant,**

v.

**WARDEN, Federal Correctional Institution, Cumberland, Respondent–Appellee.**

**Ricardo Antonio De Los Santos–Mora, Petitioner–Appellant,**

v.

**Warden, Federal Correctional Institution, Respondent–Appellee.**

Nos. 03–6578, 03–6579.

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2003.

Decided July 23, 2003.

Ricardo Antonio De Los Santos–Mora, Appellant Pro Se.

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Ricardo Antonio De Los Santos–Mora, a federal prisoner, appeals the district court's orders concluding that he was entitled to relief under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See De Los Santos–Mora v. Warden,* Nos. CA–03–118–2; CA–03–119–2 (E.D.Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*